UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 0 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KEITH SMITH,                    )
                                )
            Plaintiff,          )
                                )
    v.                          )      Civil Action No.   10 1299
                                )
THE UNITED STATES, *et al.*,    )
                                )
            Defendants.         )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that he has been kidnapped and is held illegally in a private prison, the Wheeler Correctional Facility in Alamo, Georgia. Among other relief, plaintiff demands unspecified injunctive relief and $20 million in damages.

Because plaintiff's claims go to the fact of his incarceration, he cannot recover damages in this civil rights action without showing that his confinement has been invalidated by "revers[al] on direct appeal, expunge[ment] by executive order, declar[ation of invalidity] by a state tribunal authorized to make such determination, or . . . a federal court's issuance of a writ of habeas corpus." *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *accord White v. Bowie*, 194 F.3d 175 (D.C. Cir. 1999) (table). Plaintiff has not satisfied this prerequisite and therefore his complaint fails to state a claim upon which relief can granted. This action will be dismissed under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). An Order is issued separately.

DATE: July 28, 2010

_____
United States District Judge

3